This document was signed electronically on January 19, 2010,
which may be different from its entry on the record.

IT IS SO ORDERED.



_____
Pat E. Morgenstern-Clarren
Dated: January 19, 2010          United States Bankruptcy Judge

200708662
(iss)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 07-10764 |
| Beverly Ann Sobochan | Chapter 13<br>Judge Morgenstern-Clarren |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY OF U.S. BANK, N.A., BY AND THROUGH U.S. BANK HOME MORTGAGE, ITS SERVICER (PROPERTY ADDRESS: 33039 ALVA DRIVE, EASTLAKE, OHIO 44095)** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank, N.A., by and through U.S. Bank Home Mortgage, its servicer ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion and with notice of hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

SUBMITTED BY:


/s/   Erin A. Jochim, Case Attorney
Ohio Supreme Court Reg. #0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:

Erin A. Jochim, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

Richard H. Nemeth, Esq.
526 Superior Avenue SE, Suite #410
Cleveland, OH 44114
rhnemeth@yahoo.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2314
chap13shopneck@chap13cleve.com

Beverly Ann Sobochan
33039 Alva Drive
Eastlake, OH 44095